UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| SHANNON LEWIS | * | CIVIL ACTION NO. 14-3368 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| JASON HANEMANN, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 34] filed by Defendants Jason Hanemann and the State of Louisiana (named in the complaint as "Louisiana DMV") is hereby **GRANTED**. Plaintiff's claims against the State of Louisiana and his official capacity claims for compensatory damages against Trooper Hanemann are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims and his claims for injunctive relief against Trooper Hanemann are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant Justice Wrecker are hereby **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA,** this 8th day of October, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE